UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03208

   KENNETH PAWLOWSKI
   KATHLEEN PAWLOWSKI                           CHAPTER 13

                               JUDGE: JACK B SCHMETTERER
       Debtor
   SSN XXX-XX-8196     SSN XXX-XX-8196

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 02/23/2007 and was not confirmed.

   The case was transfer to marilyn marshall 03/07/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 8212.12 | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL SE | UNSECURED | NOT FILED | .00 | .00 |
| C MATTHEW CHELICH | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| SUDHIR M GOKHALE MD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK OF M | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| METHODIST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| MUTL H CLCTN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 759.23 | .00 | .00 |
| A PHYSICIAN ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 03208 KENNETH PAWLOWSKI & KATHLEEN PAWLOWSKI

```
PLATINUM CAP              UNSECURED     NOT FILED              .00              .00
QUEST DIAGNOSTICS         UNSECURED     NOT FILED              .00              .00
RECIEVABLE MAN            UNSECURED     NOT FILED              .00              .00
KOMYATTE & FREELAND       UNSECURED     NOT FILED              .00              .00
KOMYATTE & FREELAND       UNSECURED     NOT FILED              .00              .00
KOMYATTE & FREELAND       UNSECURED     NOT FILED              .00              .00
KOMYATTE & FREELAND       UNSECURED     NOT FILED              .00              .00
KOMYATTE & FREELAND       UNSECURED     NOT FILED              .00              .00
SIR FINANCE               UNSECURED     NOT FILED              .00              .00
SWISS COLONY              UNSECURED     NOT FILED              .00              .00
SWISS COLONY              UNSECURED     NOT FILED              .00              .00
WEST ASSET                UNSECURED     NOT FILED              .00              .00
BANK OF NEW YORK          NOTICE ONLY   NOT FILED              .00              .00
MORRISON & MIX            DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                               .00
DEBTOR REFUND             REFUND                                               .00
```

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                             RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------      ---------------
TOTALS                           .00                  .00


     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.



                              /s/ Tom Vaughn
     Dated: 07/11/07          _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE