IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pawlowski, Kenneth | Case Number: 07 B 03208 |
|---|---|---|
| | Pawlowski, Kathleen | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 20, 2008
Confirmed: August 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,750.00 | |
| Secured: | | 2,601.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 148.50 |
| Other Funds: | | 0.00 |
| Totals: | 2,750.00 | 2,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 8,212.12 | 2,601.50 |
| 4. | Community Hospital | Unsecured | 572.61 | 0.00 |
| 5. | Receivables Management Inc | Unsecured | 414.91 | 0.00 |
| 6. | Sir Finance Corporation | Unsecured | 538.56 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | 2,282.35 | 0.00 |
| 8. | Methodist Hospital | Unsecured | 83.35 | 0.00 |
| 9. | C Matthew Chelich | Unsecured | 75.60 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 1,029.60 | 0.00 |
| 11. | Applied Income Sciences LLC | Unsecured | 2,567.58 | 0.00 |
| 12. | Country Door | Unsecured | 150.27 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 524.22 | 0.00 |
| 14. | Seventh Avenue | Unsecured | 337.51 | 0.00 |
| 15. | Hammond Radiologist | Unsecured | 94.42 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 546.65 | 0.00 |
| 17. | Child Life Center | Unsecured | 238.80 | 0.00 |
| 18. | St Margaret Mercy Hospital | Unsecured | 753.62 | 0.00 |
| 19. | Munster Radiology Group | Unsecured | 61.32 | 0.00 |
| 20. | Illiana Surgery | Unsecured | 1,324.80 | 0.00 |
| 21. | Community Hospital | Unsecured | 640.40 | 0.00 |
| 22. | Mutual Hospital Services/Alverno | Unsecured | 4,422.84 | 0.00 |
| 23. | Community Hospital | Unsecured | 1,051.20 | 0.00 |
| 24. | Patients 1st ER Med Consult PC | Unsecured | 20.13 | 0.00 |
| 25. | American Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Pawlowski, Kenneth | Case Number: 07 B 03208 |
| | Pawlowski, Kathleen | Judge: Wedoff, Eugene R |
| | Printed: 5/6/08 | Filed: 3/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 27. | C Matthew Chelich | Unsecured | | No Claim Filed |
| 28. | CB USA | Unsecured | | No Claim Filed |
| 29. | Chase | Unsecured | | No Claim Filed |
| 30. | Citibank | Unsecured | | No Claim Filed |
| 31. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 32. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 33. | Sudhir Gokhale | Unsecured | | No Claim Filed |
| 34. | First National Bank | Unsecured | | No Claim Filed |
| 35. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 36. | Household Credit Services | Unsecured | | No Claim Filed |
| 37. | Medical | Unsecured | | No Claim Filed |
| 38. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 39. | Methodist Hospital | Unsecured | | No Claim Filed |
| 40. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 41. | Swiss Colony | Unsecured | | No Claim Filed |
| 42. | Performance Physical Therapy | Unsecured | | No Claim Filed |
| 43. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 44. | Receivable Management SE | Unsecured | | No Claim Filed |
| 45. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 46. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 47. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 48. | AT&T | Unsecured | | No Claim Filed |
| 49. | Sir Finance Corporation | Unsecured | | No Claim Filed |
| 50. | West Asset Management | Unsecured | | No Claim Filed |
| | | | $ 25,942.86 | $ 2,601.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 148.50 |
| | $ 148.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

